IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BioControl, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:14-cv-00640 |
| | § | |
| Microsoft Corporation, | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant BioControl, LLC ("BioControl") and Defendant/Counter-Plaintiff Microsoft Corporation ("Microsoft") have amicably settled the claims by and between BioControl and Microsoft. Accordingly, BioControl and Microsoft jointly move the Court to dismiss with prejudice BioControl's claims asserted in this action, and jointly move the Court to dismiss without prejudice Microsoft's counterclaims asserted in this action. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

By:   /s/ William P. Ramey, III

William P. Ramey, III
Federal Bar No. 27206
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (fax)
wramey@rameybrowning.com

ATTORNEYS FOR
PLAINTIFF /COUNTER-DEFENDANT
BIOCONTROL, LLC

1

By:   /s/ Melissa Richards Smith

Melissa Richards Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Todd Siegel
OR Bar No. 001049
todd.siegel@klarquist.com
John Vandenberg
OR Bar No 893755
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street
Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Fax: 503-595-5301

ATTORNEYS FOR
DEFENDANT/COUNTER-PLAINTIFF
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being served all counsel of record via the Court's ECF system on August 18, 2014.

William P. Ramey, III